UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA EX REL. ROSEMARIE HENNESSEY,<br><br>         Plaintiffs,<br><br>-against-<br><br>VIKAS DESAI, *et al.*,<br><br>         Defendants. | **PARTIAL UNSEALING ORDER**<br><br>No. 10-cv-3851 (Wexler, J.)<br><br>FILED<br>IN CLERK'S OFFICE<br>U.S. DISTRICT COURT E.D.N.Y.<br><br>★ AUG 12 2015 ★<br><br>LONG ISLAND OFFICE |

  WHEREAS, the United States of America has intervened in this action as against the defendants Dr. Vikas Desai, Dr. Edmund Ross and Dr. Robert Maccone ("Settling Defendants"), with respect to the complaint of the relator Rosemarie Hennessey in the above-captioned action, filed on or about August 18, 2010 ("Relator's Complaint"), pursuant to the False Claims Act, 31 U.S.C. §§ 3730(b)(2) and (4); and

  WHEREAS, the Relator has voluntarily dismissed the remaining defendants from her complaint,

  IT IS HEREBY ORDERED that:

  1. The seal shall be lifted as to this Order, the United States' Notice of Election to Intervene, Relator's Notice of Voluntary Dismissal and any matter occurring in this action hereafter.

2. All documents filed before August 12, 2015, in the Court's file in this action shall remain under seal and not be made public, except for the Relator's Complaint.

Dated: ~~Brooklyn~~ CENTRAL ISLIP, New York

August 12, 2015  **SO ORDERED.**

_____
THE HONORABLE LEONARD D. WEXLER
UNITED STATES DISTRICT JUDGE

2